IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDDIE CAMPBELL, JR.**                                                     **PLAINTIFF**
**ADC #658160**

**V.**                  **CASE NO. 4:19-cv-00871 JM**

**MARK GOBER,** *et al*.                                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 9th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE